### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR359 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AYMARD N. TCHAKOUNTE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Aymard N. Tchakounte (Tchakounte) (Filing No. 26). Since retained counsel, William F. Eustice, has entered an appearance for Tchakounte (Filing No. 25), the motion to withdraw (Filing No. 26) is granted. Mr. Thomas shall forthwith provide Mr. Eustice with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Tchakounte's defense.

**IT IS SO ORDERED.**

DATED this 6th day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge