IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR359 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AYMARD N. TCHAKOUNTE and THIERRY DONGMO, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for an extension of time by defendant Aymard N. Tchakounte (Tchakounte) (Filing No. 32). Tchakounte seeks an extension of time until November 11, 2005, in which to file pretrial motions in accordance with the progression order. Counsel for Tchakounte represents that Tchakounte has executed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Such affidavit shall be filed forthwith. Upon consideration, the motion will be granted. Further, the extension for filing motions will be extended to co-defendant Dongmo.

**IT IS ORDERED:**

Defendant Tchakounte's motion for an extension of time (Filing No. 32) is granted. Defendants Tchakounte and Dongmo are given until **on or before November 14, 2005,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 19, 2005 and November 14, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge