# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2006-06 |
| THE HONORABLE JOE BILLY MCDADE | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon and Joe Billy McDade,

IT IS ORDERED:

1. Effective immediately, the following cases are reassigned from Judge Bataillon to Judge McDade for the purposes of trial:

    **8:05CR359**   USA v. Aymard Tchakounte
    **8:05CR452**   USA v. Snoddy

2. The magistrate judge assignments will remain unchanged.

3. The above cases will be called for trial in Courtroom #4 in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **June 12, 2006.**

DATED 25th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge