# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| VS. ) | Case No. 8:05CR359 |
| ) | |
| AYMARD N. TCHAKOUNTE ) | |

      Aymard N. Tchakounte has served the term of incarceration and is now in the custody of the Bureau of Immigration and Customs Enforcement pending deportation. The Bureau of Immigration and Customs Enforcement advises that Mr. Tchakounte should have his passport returned to him. Mr. Tchakounte's passport is in the possession of the U.S. Court Clerk for the Western District of Oklahoma, Oklahoma City, Oklahoma. U.S. Probation Officer Vincent Windham, U.S. Probation Officer, Western District of Oklahoma, reports that he can deliver the passport to Mr. Tchakounte.

It is ordered that the Clerk of the Court for the Western District of Oklahoma shall release the passport to U.S. Probation Officer Vincent Windham who will in turn provide Anmard N. Tchakounte his passport.

                                            BY THE COURT,

                                            _____
                                            Joe Billy McDade
                                            United States District Judge

                                            DATE _Jan. 14, 2008_